AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| In the Matter of the Extradition of Ager Mohsin Hasan | ) ) ) ) ) ) ) Case No. SA:17-MJ-0786-ESC |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ager Mohsin Hasan

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Canada, which has sought his provisional arrest with a view towards extradition on the charges of, inter alia, murder, pursuant to the treaty of extradition between the United States and Canada, and Title 18 U.S.C., Section 3184

Date:   07/12/2017

*Issuing officer's signature*

City and state:   San Antonio, Texas

Elizabeth S. Chestney, U. S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*