UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. SA-17-0786(1)M |
| | § | |
| IN THE MATTER OF THE | § | |
| EXTRADITION OF AGER | § | |
| MOHSIN HASAN | | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Angela Saad Lindsey, Assistant Federal Public Defender and enters her appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ANGELA SAAD LINDSEY
Assistant Federal Public Defender
727 E. César E. Chávez Blvd., Suite B-207
San Antonio, Texas 78206-1205
State Bar No.  24059016
Tel.: 210-472-6700
Fax: 210-472-4454

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of July, 2017, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

Priscilla Garcia
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

/s/ANGELA SAAD LINDSEY
Assistant Federal Public Defender