Filed 7-12-17
Clerk U.S. District Court
Western District of Texas
By _____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | § Cr No.: SA:17-M-00786(1) ESC |
| | § |
| In the Matter of the Extradition of | § |
| Ager Mohsin Hasan | § |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SIGNED on 12th day of July, 2017.

_____
ELIZABETH S. ("BETSY") CHESTNEY
U.S. MAGISTRATE JUDGE