# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# SAN ANTONIO DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE EXTRADITION OF:**<br><br>**AGER MOHSIN HASAN** | **CASE NO.  SA-17-MJ-0786 ESC**<br><br>**REQUEST FOR EXTRADITION**<br><br>18 U.S.C. §3184 |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE

TO THE HONORABLE ELIZABETH S. CHESTNEY, U. S. MAGISTRATE JUDGE:

The United States of America, by and through the United States Attorney for the Western District of Texas, files this Motion to Continue the Extradition Hearing and states:

This case is presently set for an Extradition Hearing on Monday on September 11, 2017 at 3:00 p.m.

On September 7, 2017, the undersigned Assistant United States Attorney (AUSA) was contacted by the Office of International Affairs and was informed that the "formal diplomatic note and extradition package from Canada was received by the State Department today" .  Further, the AUSA was advised that the State Department needs to review the extradition package before sending the package to the Office of International Affairs then the package will be forwarded to the undersigned AUSA.  This review process is anticipated to take three (3) weeks.

1

Therefore, the undersigned AUSA requests that the September 11, 2017 Extradition Hearing be continued to October 6, 2017.

The undersigned AUSA has discussed this continuance of the Extradition hearing with Attorney Angela Saad Lindsey representing Ager Mohsin Hasan. Ms. Lindsey and her client do not object to a continuance. The parties agree that a 3 week continuance would be acceptable at this time.

For this reason, the Government moves for a continuance of the Extradition Hearing. This motion is not made for purposes of delay, but rather so that the ends of justice can be served.

    Respectfully submitted,

    RICHARD L. DURBIN, JR.
    United States Attorney

By:    /s/ Priscilla Garcia
    PRISCILLA GARCÍA
    Assistant U.S. Attorney
    State Bar No. 07641200
    601 N. W. Loop 410, Suite 600
    San Antonio, Texas  78216-5597
    (210) 384-7150
    (210) 384-7121 FAX

## CERTIFICATE OF SERVICE

I certify that on September 8, 2017, a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant: Mrs. Angela Saad Lindsey.

*/s/ Priscilla Garcia*
Priscilla Garcia
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF:<br><br>AGER MOHSIN HASAN | CASE NO. SA-17-MJ-0786 ESC<br><br>**REQUEST FOR EXTRADITION**<br><br>18 U.S.C. §3184 |

**O R D E R**

This Court, having considered the Motion to Continue filed by the United States of America, and being fully satisfied in the premise, it is the order of this Court that the above captioned matter is CONTINUED to _____, 2017.

SO ORDERED this _____ day of _____, 2017.

_____
ELIZABETH S. CHESTNEY,
UNITED STATES MAGISTRATE JUDGE