

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF: <br><br> AGER MOHSIN HASAN | CASE NO. SA-17-MJ-0786 ESC <br><br> **REQUEST FOR EXTRADITION** <br><br> 18 U.S.C. §3184 |

### ORDER

*which the Court notes is unopposed,*

This Court, having considered the Motion to Continue filed by the United States of America, and being fully satisfied in the premise, it is the order of this Court that the above captioned matter is CONTINUED to **Oct. 6**, 2017. **at 1:00 p.m.**

SO ORDERED this **8th** day of **Sept.**, 2017.

ELIZABETH S. CHESTNEY,
UNITED STATES MAGISTRATE JUDGE