UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-17-0786M |
| AGER MOHSIN HASAN | § § § | |

DEFENDANT'S UNOPPSED MOTION TO CONTINUE

TO THE HONORABLE ELIZABETH S. CHESTNEY, UNITED STATES MAGISTRATE JUDGE FOR THE WESTERN DISTRICT OF TEXAS:

Defendant AGER MOHSIN HASAN, by and through his undersigned attorney, files this Unopposed Motion to Continue, and would show this Honorable Court as follows:

I

This case is currently set for an extradition hearing on October 6, 2017.  The undersigned respectfully requests a two (2) week continuance to allow sufficient time to review the discovery.

II

Counsel for the Government, Assistant United States Attorney Priscilla Garcia, has indicated that she does not oppose a continuance.

III

Defendant acknowledges that any continuance granted in this cause is excludable under the Speedy Trial Act as delay resulting from a continuance granted at the request of defense counsel because the ends of justice served by the continuance outweigh the interest of the public in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

FOR THESE REASONS, Mr. Hasan prays this Honorable Court will continue the above-styled and numbered cause for a period of at least two (2) weeks.

        Respectfully submitted.

        MAUREEN SCOTT FRANCO
        Federal Public Defender

        /s/ANGELA SAAD LINDSEY
        Assistant Federal Public Defender
        727 E. César E. Chávez Blvd., Suite B-207
        San Antonio, Texas 78206-1205
        State Bar No.  24059016
        Tel.: 210-472-6700
        Fax: 210-472-4454

        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2017, I electronically filed the foregoing Defendant's Unopposed Motion to Continue with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Priscilla Garcia
Assistant United States Attorney
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

        /s/ ANGELA SAAD LINDSEY
        *Attorney for Defendant*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO.SA-17-1014M |
| a | § § | |

**O R D E R**

On this date came on to be considered the Defendant's Unopposed Motion for Continuance, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

It is therefore ORDERED that all corresponding deadlines be continued in the above-styled and numbered cause for a period of two (2) weeks.

It is ORDERED that a new schedule be set by separate order.

The Court finds that, for the reasons set out in the Defendant's motion, the ends of justice served by the continuance granted by this order outweigh the interest of the public in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED on this the _____ day of October, 2017.

ELIZABETH S. CHESTNEY
United States Magistrate Judge