# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| United States of America<br>*Plaintiff*<br><br>vs.<br><br>(1) In the Matter of the Extradition of Ager Mohsin Hasan<br>*Defendant* | Case Number: SA:17-M -00786(1) ESC |

## ORDER RESETTING EXTRADITION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for 03:00 PM, in Courtroom B, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Tuesday, October 24, 2017.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **3rd day of October, 2017.**

_____
**ELIZABETH S. ("BETSY") CHESTNEY**
**U.S. MAGISTRATE JUDGE**