AO 187 (Rev. 7/87) Exhibit and Witness List

**FILED**
OCT 24 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

United States of America

vs.

(1) In the Matter of the Extradition of Ager Mohsin Hasan
*Defendant*

**EXHIBIT AND WITNESS LIST**
(Extradition Hearing)
Case Number: SA:17-M-00786(1) ESC

| Presiding Judge<br>ELIZABETH S. ("BETSY") CHESTNEY | Plaintiff's Attorney<br>Priscilla Garcia | Defendant's Attorney<br>Angela Saad Lindsey |
|---|---|---|
| Trial/Hearing Date<br>October 24, 2017 | Court Reporter<br>FTR Gold | Courtroom Deputy<br>Kathy Hicks |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| G-1 | | 10/24/2017 | X | X | Certified Formal Extradition Package - (Red Ribbon) |
| G-2 | | 10/24/2017 | X | X | Certified State Department documents - (Gold Ribbon) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.