**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here: 11-14-17  KZK

Sent To: U.S. DEPARTMENT OF STATE
OFFICE OF LEGAL ADVISER FOR
LAW ENFORCEMENT AND INTELLIGENCE
ROOM 5419
Street, Apt. No. or PO Box No.: ATTN: AMBER KLUESENER
2201 C STREET NW
City, State, ZIP: WASHINGTON, D.C. 20520

SA:17-MJ-786-ESC

Memorandum order + Filed 11-8-17
Doc # 19

Article number: 7005 1160 0005 0381 8968

PS Form 3800, June 2002   See Reverse for Instructions