**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. DEPARTMENT OF STATE
   OFFICE OF LEGAL ADVISER FOR
   LAW ENFORCEMENT AND INTELLIGENCE
   ROOM 5419
   ATTN: AMBER KLUESENER
   2201 C STREET NW
   WASHINGTON, D.C. 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

RECEIVED
U.S. Department of State
NOV 21 2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0005 0381 8968

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
NOV 27 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Clerk, U S District Court
655 E. Cesar E. Chavez Blvd. Rm G65
San Antonio, Texas 78206

SCREENED BY CSO NOV 27 2017

Re: SA-17-MJ-786-ESC(1)
AGER MOHSIN HASAN